**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01615-CV

### IN THE INTEREST OF L.B. AND A.K.B., CHILDREN

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0485**

## ORDER

Because the clerk's record filed with the Court is defective, we **ORDER** Grayson County District Clerk Kelly Ashmore to file, within **FIVE DAYS** of the date of this order, a corrected record that (1) numbers all pages consecutively and (2) includes bookmarks correctly identifying the documents to which they are linked. *See* TEX. R. APP. P. 34.5(d); 5th Tex. App. (Dallas) Loc. R. 11.1(5),(10). Because this is a priority appeal from an order terminating parental rights, no extensions will be granted.

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to (1) Grayson County District Clerk Kelly Ashmore and (2) the parties.


/s/     ELIZABETH LANG-MIERS
        JUSTICE